**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| OSCAR L. LOZANO BENITEZ | * |
| Plaintiff | * |
| v. | *   **Civil No. 08-1766 (SEC)** |
| HERMENEGILDO RIVERA-RUIZ | * |
| Defendant | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**AMENDED ORDER**

The Court has examined Plaintiff's Motion for Disbursement of Funds (Docket # 64), and the Court hereby **GRANTS** the request to withdraw the monies deposited in a Court account as the result of the judgment in the above captioned case. The Office of the Clerk is instructed to issue the corresponding check to counsel for $ 6,500 plus interest and less regulatory fees.

**SO ORDERED.**

In San Juan, Puerto Rico, this 16th day of February, 2010.

*S/ Salvador E. Casellas*
SALVADOR E. CASELLAS
U.S. Senior District Judge